# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## SUPERVISED RELEASE VIOLATION

UNITED STATES OF AMERICA,
Plaintiff,

v.

JAMES MICHAEL WAISANEN,
Defendant.

## COURT MINUTES - CRIMINAL

Case No: 00-220(01)(RHK)
Date: February 22, 2006
Court Reporter: JEANNE ANDERSON
Time Commenced: 10:30
Time Concluded: 11:45
Time in Court: 1 Hour & 15 Minutes

Before DONOVAN W. FRANK, United States Judge, at Minneapolis, Minnesota.

APPEARANCES:

For Plaintiff: MICHAEL CHEEVERS
For Defendant: LYONEL NORRIS ☐ FPD ☐ CJA ☒ Retained ☐ Appointed

Interpreter: / Language:

☒ **Defendant admits supervised release violations.**
☒ **Sentencing.**

☐ Hearing held on objections to the presentence report.

IT IS ORDERED:

Defendant is sentenced to Count One of one-count Information:

| Count. No. | Plea | Verdict | BOP | AG | SR | PROB | HA |
|---|---|---|---|---|---|---|---|
| | | | 15 months | | | | |

Said terms to run ☒ **concurrently to 80 month sentence imposed for Criminal Case Number 05-52(01)(DWF/JSM).**

☐ Special conditions of Supervised Release:

**See J&C for special conditions**

☐ Defendant sentenced to pay:
- ☐ Fine in the amount of $WAIVED.
- ☐ Restitution in the amount of $5,720.00.
- ☐ Costs of prosecution in the amount of $ to be paid .
- ☐ Special assessment in the amount of $200.00.

☐ Plea and plea agreement accepted.
☐ Defendant released
☐ Execution of sentence of fine suspended.
☐ On Motion of the Government the Indictment as to this defendant is dismissed.
☒ Defendant remanded to the custody of the U.S. Marshal.

s/Lowell Lindquist
Deputy Clerk