AO 442 (Rev. 5/93) Warrant for Arrest

RECEIVED
MAR 30 2006
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

2005 APR 29 P 3:25

# UNITED STATES DISTRICT COURT

## District of Minnesota

RECEIVED
U.S. MARSHAL
ST. PAUL MINN

UNITED STATES OF AMERICA

V.

James Michael Waisanen

## WARRANT FOR ARREST

CASE NUMBER: **CR 00-220(1) RHK**

0541-0429-1001-0

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest: James Michael Waisanen

and bring him or her forthwith to the nearest Magistrate Judge to answer an Order of Court charging him or her with:

Violation of Supervised Release

Ordered by: Janie S. Mayeron, United States District Court Magistrate Judge.

(By) Gina Olsen, Deputy Clerk

April 29, 2005 at Saint Paul, MN

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at ________

Date Received: ________ Date of Arrest: ________

Name and Title of Arresting Officer

Signature of Arresting Officer

ARRESTED ON 2-22-06
ARRESTED BY Connolly
U.S. MARSHAL
DISTRICT OF MINNESOTA

SCANNED
MAR 30 2006
U.S. DISTRICT COURT MPLS